IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI

DAVID BUTLER and KATHY BUTLER, his wife,

Petitioners,

vs.

A.W. CHESTERTON COMPANY, et al.

Defendants.

Cause No. 22-cv-00963-HEA

**STIPULATION OF DISMISSAL**

Petitioners DAVID BUTLER and KATHY BUTLER, and Defendant DEERE & COMPANY, (hereinafter "Defendant") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. Petitioners sued Defendant in the 22nd Circuit Court, City of St. Louis, Missouri on February 8, 2022. The action was subsequently removed to this Court on September 14, 2022.
2. Petitioners hereby move to dismiss the suit without prejudice as to Defendant DEERE & COMPANY, only.
3. Defendant, who served an answer to Petitioners' Petition prior to removal, agrees to the dismissal.
4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or action related to an unincorporated association under Rule 23.2.
5. This case is not governed by any federal statute that requires a court order for dismissal of the case as to Defendant.

6. A receiver has not been appointed in this case.

7. Petitioners have not previously dismissed any federal- or state-court suit on or including the same claims as those presented in this case.

8. This dismissal without prejudice, each party to bear its own costs.

Respectfully submitted,

By: /s/ Andrew Murrie
Andrew Murrie, MO#59300
SIMMONS HANLY CONROY
One Court Street
Alton, IL 62002
amurrie@simmonsfirm.com
Tel.: (618) 259-2222
Fax: (618) 259-2251
**Attorneys for Plaintiffs**

AND

By: ______________________
Matthew J. Fischer, #67551
Ali Myhre, #
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
mfischer@rshc-law.com
amyhre@rshc-law.com
Tel.: 312-471-8700
Fax: 312-471-8701
**Attorneys for DEERE & COMPANY**

## CERTIFICATE OF SERVICE

I certify that on October 3, 2022, a copy of the Stipulation for Dismissal, was served by e-mail on the following attorneys in charge for:

*/s/Andrew Murrie*
Andrew Murrie

**Attorneys for BRAND INSULATIONS, INC. and PNEUMO ABEX LLC successor-in-interest to Abex Corporation f/k/a Pneumo Abex Corporation**
Matthew E. Pelikan
COSMICH AND SIMMONS LLC
10 S. Broadway, Suite 1100
St. Louis, MO 63102
Matthew.pelikan@cs-law.com
Tel: 601-863-2100
Fax: 601-863-0078

**Attorneys for BWDAC INC., f/k/a BWD AUTOMOTIVE CORPORATION**
Marcie J. Vantine
SWANSON, MARTIN & BELL, LLP
800 Market Street, Suite 2100
St. Louis, MO 63101
mvantine@smbtrials.com
Tel.: 314-241-7100

**Attorneys for CASE NEW HOLLAND INDUSTRIAL, INC. and CNH INDUSTRIAL AMERICA LLC**
Erick E. VanDorn
Lindsay Gilmore
THOMPSON COBURN LLP – Belleville
525 W. Main Street, Suite 300
Belleville, IL 62220
evandorn@thompsoncoburn.com
lgilmore@thompsoncoburn.com
Tel: 618-277-4700
Fax: 618-236-3434

**Attorneys for CARLISLE INDUSTRIAL BRAKE & FRICTION, INC.**
Jeffrey T. Bash
LEWIS BRISBOIS BISGAARD & SMITH LLP
Mark Twain Plaza II
103 West Vandalia, Suite 300
Edwardsville, IL 62025
jbash@lewisbrisbois.com
Tel.: 618-307-7290

Fax: 618-692-6099

**Attorneys for CATERPILLAR, INC.**
Julie A. Simaytis
BAKER STERCHI
100 North Broadway, 21st Floor
St. Louis, MO 63102
jsimaytis@bscr-law.com
Tel: 314-345-5000
Fax: 314-345-5010

**Attorneys for CBS CORPORATION, a Delaware corporation f/k/a VIACOM INC. successor-by-merger to CBS CORPORATION, a Pennsylvania corporation f/k/a WESTINGHOUSE ELECTRIC CORPORATION**
Daniel G. Donahue
FOLEY & MANSFIELD, P.L.L.P.
101 South Hanley Road, Suite 600
St. Louis, MO 63105
ddonahue@foleymansfield.com
Tel.: 314-925-5700
Fax: 314-925-5701

**Attorneys for REDCO CORPORATION f/k/a CRANE CO., GENERAL ELECTRIC COMPANY, and HERCULES, LLC**
Julie Fix Meyer
Anita Kidd
Greg Iken
Bryan D. Nicholson, #53083
ARMSTRONG TEASDALE LLP
7700 Forsyth Blvd., Suite 1800
St. Louis, MO 63105
jfixmeyer@atllp.com
giken@atllp.com
akidd@atllp.com
bnicholson@atllp.com
Tel.: 314-621-5070
Fax: 314-621-5065

**Attorneys for CUMMINS, INC.**
Nathan A. Lindsey
Dillon B. Williams
RASMUSSEN DICKEY MOORE, LLC
10 S. Broadway, Suite 1520
St. Louis, MO 63102
nlindsey@rdm.law
dwilliams@rdm.law

Tel.: 314-391-2260
Fax: 312-767-9780

**Attorneys for DAIMLER TRUCKS NORTH AMERICA LLC and WESTERN AUTO SUPPLY COMPANY**
Robert W. Stephens
James R. Grabowski
April Vesely
Amber Hummel
John Arranz,
SWANSON, MARTIN & BELL, LLP
330 N. Wabash Ave., Suite 3300
Chicago, IL 60611
rstephens@smbtrials.com
jgrabowski@smbtrials.com
avesely@smbtrials.com
ahummel@smbtrials.com
Tel.: 312-321-9100
Fax: 312-321-0990

**Attorneys for DEERE & COMPANY**
Matthew J. Fischer
Ali Myhre
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
mfischer@rshc-law.com
amyhre@rshc-law.com
Tel.: 312-471-8700
Fax: 312-471-8701

**Attorneys for EATON CORPORATION and MORSE TEC LLC, f/k/a BORGWARNER MORSE TEC LLC, and Successor-by-Merger to BORG-WARNER CORPORATION**
Dyanna Ballou
Sarah Elise Schwartz
RASMUSSEN, DICKEY & MOORE, L.L.C.
1001 E. 101st Terrace
Kansas City, MO 64131
dballou@rdm.law
sschwartz@rdm.law
Tel.: 816-960-1611
Fax: 816960-1669

**Attorneys for FORD MOTOR COMPANY**
Alex Craig Riley
Sherry A. Rozell

MCAFEE AND TAFT PC – Springfield
4050 S. Fairview Avenue
Springfield, MO 65807
alex.riley@mcafeetaft.com
sherry.rozell@mcafeetaft.com
Tel: 918-574-3001
Fax: 918-574-3101

**Attorneys for GENERAL GASKET CORPORATION, JOHN CRANE, INC., and MISSOURI DRYWALL SUPPLY INC.**
A.J. Bronsky
Agota Peterfy
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, MO 63101
ajbronsky@bjpc.com
apeterfy@bjpc.com
Tel.: 314-421-3400

**Attorneys for INDUSTRIAL HOLDINGS CORPORATION, f/k/a The Carborundum Company**
Brenda G. Baum
HEPLER AND BROOM
103 W. Vandalia Street
Suite 300, P.O. Box 510
Edwardsville, IL 62025
hbash@heplerbroom.com
Tel: 618-656-0184
Fax: 618-656-1364

**Attorneys for J.P. BUSHNELL PACKING SUPPLY CO.**
Anna G. O'Connor
SINARS SLOWIKOWSKI TOMASKA LLC
800 Market Street, Suite 2950
St. Louis, MO 63101
agoconnor@sinarslaw.com
Tel.: 314-391-2260
Fax: 312-767-9780

**Attorneys for MACK TRUCKS INC. and VOLVO GROUP NORTH AMERICA INC.**
Curtis R. Picou
Mary G. Sullivan
CRIVELLO CARLSON LLC
1012 Plummer Drive, Suite 201
Edwardsville, IL 62025
cpicou@ccpalaw.com

msullivan@ccpalaw.com
Tel: 618-655-0006
Fax: 618-655-0250

**Attorneys for MCKESSON CORPORATION and RILEY STOKER CORPORATION**
Kent L. Plotner
HEYL ROYSTER PC – Edwardsville
105 W. Vandalia Street, Suite 100
Edwardsville, IL 62025
kplotner@heylroyster.com
Tel: 618-656-4646

**Attorneys for NAVISTAR INC.**
Clement David Warr, Jr.
Leo C. Chmielewski
SWANSON MARTIN LLP – St. Louis
One Bank of America Plaza
800 Market Street, Suite 2100
St. Louis, MO 63101
cwarr@smbtrials.com
lchmielewski@smbtrials.com
Tel: 314-241-71000
Fax: 314-241-7106

**Attorneys for OSHKOSH CORPORATION**
Sarah B. Mangelsdorf, #59918
GOLDBERG SEGALLA LLP
8000 Maryland, Suite 640
St. Louis, MO 63105
smangelsdorf@goldbergsegalla.com
Tel.: 314-446-3350
Fax: 314-446-3360

**Attorneys for PACCAR INC.**
Mark D. Crapo
GORDON REES LLP – St. Louis
211 N. Broadway, Suite 2150
St. Louis, MO 63102
mcrapo@grsm.com
Tel: 314-665-1307